IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIAGNOSTIC IMAGING GROUP, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-13-1077-D |
| ) | |
| UNITED STATES OF AMERICA ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMANS SERVICES, *et al*., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs, a partnership of professional corporations and two individual radiologists, have filed a "Petition for Declaratory and Injunctive Relief" seeking to declare unconstitutional certain federal statutes and regulations mandating requirements for reporting and record-keeping and affecting compensation of hospital-based radiologists. Plaintiffs' pleading was filed by one of the individual defendants, John Hamlin, who indicates he is an attorney licensed in Nevada. However, Mr. Hamlin is not admitted to practice before this Court, and cannot appear as an attorney for other litigants.[1] Further, the Western District of Oklahoma made the transition to mandatory electronic case filing on May 1, 2004; all attorneys, including counsel admitted *pro hac vice*, must register for electronic case filing.

If Mr. Hamlin wishes to continue as counsel in this case, he must apply for admission *pro hac vice* pursuant to LCvR83.4(g), and register for electronic case filing. Information is available on the Court's website at www.okwd.uscourts.gov. FAILURE TO APPLY AND TO REGISTER

---

[1] The law is clear that a business entity, such as a corporation or partnership, can appear only through a licensed attorney. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *Tal v. Hogan*, 453 F.3d 1244, 1254 & n. 8 (10th Cir. 2006); LCvR17.1.

WITHIN 30 DAYS from the date of this Order will cause Mr. Hamlin's name to be stricken as counsel of record.  In all other respects, further proceedings in this case are stayed pursuant to General Order No. 13-4, entered October 1, 2013.

    IT IS SO ORDERED this 16th day of October, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE